# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO: 5:05CR9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ODERIA JABAL CHIPLEY, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Defendant's handwritten letter (Document No. 446) dated February 6, 2006, in which he requests a hearing to discuss his counsel's performance. The undersigned held an inquiry into status of counsel hearing on February 17, 2006, during which the defendant's concerns were resolved. For reasons stated in that proceeding, this motion is therefore **DENIED** as moot. Mr. Richard Brown, Jr. will continue to serve as counsel to Mr. Chipley.

Signed: February 27, 2006

David C. Keesler
United States Magistrate Judge